IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HOSAKOTE M. NAGARAJ,

        Plaintiff,

vs.

THE PHYSICIAN NETWORK,

        Defendant.

4:20-CV-3021

TRIAL ORDER

IT IS ORDERED:

1. The above-captioned civil case is set for a jury trial before the undersigned judge in Courtroom 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, commencing at 1:00 p.m. on Wednesday, December 8, 2021, or as soon thereafter as the case may be called, for a duration of four trial days.

2. The pretrial conference or teleconference is scheduled to be held before the undersigned judge in **Courtroom 1 at 1:00 p.m. on Monday, November 29, 2021**. For those appearing remotely, a separate email will be sent to counsel of record with internet conferencing instructions.

3. To facilitate the pretrial conference, the Court will utilize the Pretrial Conference Order entered by the United States Magistrate Judge on November 4, 2021 (filing 80).

4.  Parties shall deliver to the Court, <u>on or before</u> Wednesday, December 1, 2021, trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs.

5.  If a party will use a deposition at trial, the proponent must supply the Court with a copy of the deposition <u>on or before</u> Wednesday, December 1, 2021. If less than the whole deposition will be used, the copy must highlight the designated and counter-designated portions of the testimony.

6.  If a party intends to use testimony in a videotaped deposition and the opponent objects to any portion of it, the proponent must supply the Court with a transcript of the testimony from the deposition <u>on or before</u> Wednesday, December 1, 2021, highlighted as indicated in the previous paragraph.

7.  **At 11:30 a.m. on the first day of trial**, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any last minute matters, prior to trial. **Voir dire will commence at 1:00 p.m.**

8.  Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

9.  Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

10. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

11. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

12. A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

Dated this 22nd day of November, 2021.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge