IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOSAKOTE M. NAGARAJ, | |
| Plaintiff, | 4:20-CV-3021 |
| vs. | ORDER |
| THE PHYSICIAN NETWORK, | |
| Defendant. | |

This matter is before the Court on the parties' objections to designated deposition testimony of Peter Dionisopoulos, M.D.:

## Defendant's Objections

| | |
|---|---|
| 58:4-20 | Sustained, hearsay. |
| 60:5-9 | Sustained, hearsay. |
| 61:1-62:3 | Sustained, relevance. |
| 88:22-89-8 | Everything after the answer "She did not", sustained, hearsay. |

All other objections to Dr. Dionisopoulos' designated deposition testimony, by either party, are overruled, and the parties' designations may proceed with the exceptions noted above.

IT IS SO ORDERED

Dated this 4th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge