IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOSAKOTE M. NAGARAJ,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PHYSICIAN NETWORK,<br><br>        Defendant. | 4:20-CV-3021<br><br>ORDER |

This matter is before the Court on the parties' objections to designated deposition testimony of Trish Wilmes Wallace:

### Defendant's Objections

16:5:16       Sustained, foundation and relevance.
40:20-41:3   Sustained, foundation.
41:17-22     Sustained, foundation.
42:7-14       Sustained, foundation.
43:6:44:17   Sustained, foundation and hearsay.

All other objections to Wallace's designated deposition testimony, by either party, are overruled, and the parties' designations may proceed with the exceptions noted above.[1]

IT IS SO ORDERED

Dated this 5th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The defendant also objected at 63:24-64:1 to including counsel's question without the witness's answer. The Court notes that the answer, at 64:2-3, was designated on the Court's highlighted copy of the deposition.